ORIGINAL   SEALED

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2023 FEB -7 PM 3: 17
DEPUTY CLERK_____ mb

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | **FILED UNDER SEAL** |
| GARRET ADAM MILLER | 3-23CR0041-S |

### INDICTMENT

The Grand Jury charges:

### Count One
Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5841, 5861(d), and 5871)

On or about January 20, 2021, in the Dallas Division of the Northern District of Texas, the defendant, **Garret Adam Miller**, knowingly possessed a firearm, to-wit: a modified American Tactical Imports, model Omni Hybrid, rifle, that was and could readily have been put in operating condition, bearing serial number NS042288, having a barrel of less than 16 inches in length and knowing that this rifle has a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

## Forfeiture Notice
(18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are realleged and incorporated by reference herein.

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), the defendant, **Garret Adam Miller**, shall forfeit to the United States of America any firearm, magazine, and ammunition involved in the commission of the offense, including, but not limited to, the following: an American Tactical Imports, model Omni Hybrid rifle, bearing serial number NS042288, having a barrel of less than 16 inches in length; and any ammunition and magazine recovered with that firearm.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
Joseph A. Magliolo
Texas Bar No. 24074634
Assistant United States Attorneys
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: joseph.magliolo@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

GARRET ADAM MILLER

SEALED INDICTMENT

26 U.S.C. §§ 5841, 5861(d), and 5871
Possession of an Unregistered Firearm
(Count 1)

18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                             FOREPERSON

Filed in open court this 7 day of February, 2023.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending